W. H. BELCHER, D. ORVILL HARRIS, JOHN CHESNUT, ANDREW E. POTTER AND ED H. BECKETT as and constituting The Board of County Commissioners of Pinellas County, Florida, v. STATE OF FLORIDA EX REL. FRANK J. McNULTY.

32 So. (2nd) 282                                    June Term, 1947
October 24, 1947                                         En Banc

*McMullen, McMullen & Pogue, Carey & Harrison* and *Archie Clement,* for appellant.

*James Booth, Leonard Cooperman, William Kaleel, William Gardner* and *Robert Barton,* for Appellee.

PER CURIAM:

Affirmed on authority of our opinion and judgment in Prince et al. v. State ex rel. Williams, 157 Fla. 103, 25 So. (2nd) 5.

So ordered.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, SEBRING and BARNS, JJ., concur.